IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 12-80283 CIV-HURLEY/HOPKINS

RICHARD STROTHER, an individual
and T 3 VISTAS, LLC,

Plaintiffs,

v.

HYLAS YACHTS, INC., KYLE JACKNEY,
an individual, RICHARD JACKNEY,
an individual, NATIONAL GRAND BANK OF
MARBLEHEAD and JOHN DOES 1-10,

Defendants.

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONAL GRAND BANK OF MARBLEHEAD**

**WHEREAS**, Plaintiffs, Richard Strother and T 3 VISTAS, LLC, agree to voluntarily dismiss their civil action, captioned above, along with their factual allegations contained in their Complaint in this matter regarding National Grand Bank of Marblehead, with prejudice and;

**WHEREAS**, Plaintiffs and Defendant, National Grand Bank of Marblehead stipulate and agree that they will bear their own attorney fees and costs;

**IT IS HEREBY STIPULATED AND AGREED** among Plaintiffs and Defendant National Grand Bank of Marblehead that, pursuant to the terms of Fed. R. Civ. P. 41(a), Plaintiffs' actions against National Grand Bank of Marblehead shall be, and is, **DISMISSED WITH PREJUDICE**, and that Plaintiffs and National Grand Bank of Marblehead shall bear their own attorneys' fees and costs related to this matter.

Dated: April 26, 2012

**DONOVAN HATEM LLP**

/s/ Peter C. Lenart

Peter C. Lenart, Esq. (38016)
DONOVAN HATEM LLP
2 Seaport Lane, 8th Floor
Boston, MA 02210
Tel.: (617) 406-4500
Fax: (617) 406-4501
E-Mail: plenart@donovanhatem.com

*Counsel for Defendant National Grand Bank of Marblehead Pursuant to Special Appearance*

**RICHARD STROTHER**

Richard Strother, *(Pro Se)*
240 Royal Poinciana Way, Suite 317-203
Palm Beach, FL 33480
Tel: (561) 818-3924
Fax: (561) 655-7754

*Pro Se for Richard Strother Individually*

**DENIS LAW OFFICES**

Ronald Clyde Denis, Esq. (102326)
801 Spencer Drive
West Palm Beach, FL
Tel: (561) 682-3555
Fax: (561) 682-3555
E-Mail: denislawoffice@yahoo.com

*Counsel for Plaintiff T 3 Vistas, LLC*